```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                          NO. 4:08CR00411-001 SWW

BILLY RAY HOLLOWAY

### ORDER

It has come to the Court's attention that the Judgment & Commitment, in the above matter contains a clerical error and should include an additional condition of supervised release.

IT IS THEREFORE ORDERED that Judgment & Commitment (doc #9) entered on June 15, 2009, in the above matter hereby is amended to indicate "*the defendant shall assist officials in locating assets to pay his restitution*" and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 26th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE